FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ELIJAH POWELL,

Plaintiff,

v.

CITY OF YAKIMA a municipal corporation; J. DOE CITY OF YAKIMA POLICE OFFICERS 1 -5, J. DOE SPOUSES 1 – 5 & marital communities comprised thereof; MATTHEW MURRAY, Chief of Police for the City of Yakima, J. DOE SPOUSE, & marital community comprised thereof; YAKIMA COUNTY JAIL CORRECTIONAL OFFICERS TODD COOLEY, DAMIEN SPENCER, HERNAN GIL, KYLE MOLINEAUX, MIGUEL VARGAS, ALFREDO LARIAS, RODOLFO ARAGON, BRIAN THOMSON, J. DOE CORRECTIONAL OFFICER SPOUSES & marital communities comprised thereof; JEREMY D. WELCH, Yakima County Jail Chief Director, J. DOE SPOUSE, & marital community comprised thereof;

NO: 1:23-CV-3190-TOR

ORDER OF DISMISSAL WITH PREJUDICE

YAKIMA COUNTY J. DOE SUPERVISORS 1 -5, J. DOE SPOUSES 1 – 5 & marital communities comprised thereof and YAKIMA COUNTY, a municipal corporation,

Defendants.

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 18). Pursuant to the Parties' Stipulated Motion to Dismiss, and the Court having reviewed the Motion and the record herein, it is hereby ORDERED:

1. All claims asserted in this action are DISMISSED WITH PREJUDICE.

2. Each Party shall bear its own costs and attorneys' fees.

3. This dismissal constitutes a final disposition of all claims asserted in this action.

IT IS SO ORDERED.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 28th day of October 2026.

THOMAS O. RICE
United States District Judge